07-22297.ob

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 07-22297-CIV-COOKE-BROWN
THIS IS A CONSENT CASE

MARCOS M. AVELAR,

    Plaintiff,

vs.

SALINERO ENTERPRISES, et al.,

    Defendants.
_____/

## ORDER RE: MOTION TO DISMISS

**This matter** is before this Court on Defendants' Motion to Dismiss..., filed October 4, 2007. The Court has considered the motion, the response, and all pertinent materials in the file. The matter was further discussed at a Consent Status Conference held January 23, 2008.

In essence, both parties are correct. This case is properly brought in the Southern District of Florida, and dismissal would be improper. Pursuant to the Local Rule cited, the case may be tried in Key West (see local Rule 3.1.D) or it may not be (see Local Rule 3.1.H).

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**. However, the Court reserves ruling on the cite at which the trial will take place.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

c: counsel of record

1