07-22297.o7

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22297-CIV-BROWN

MARCOS M. AVELAR,

     Plaintiff,

vs.

SALINERO ENTERPRISES, et al.,

     Defendants.

_____/

## ORDER DENYING MOTION
## FOR SANCTIONS

**This matter** is before this Court on Plaintiff's Motion for Sanctions (D.E. 118), filed May 11, 2009. The Court has considered the motion and all pertinent materials in the file. The motion is based on a characterization of defendants' motion for new trial as frivolous. While that motion for new trial has been denied, it is this motion that more closely approaches "frivolous".

A party may seek a new trial on whatever theory it feels is justified. Defendants have maintained their claim of restitution since the beginning. They have cited law in support of their position - albeit law that the Court finds distinguishable and/or inapplicable to the facts of this case. They have cited evidence in the record they contend supports their position - though the Court disagrees. While the Court has found that motion to be without merit, that does not make the motion frivolous, much less sanctionable.

Incredibly, plaintiff suggests that "[D]efendants are not entitled to move for a new trial"

1

(Mot. p. 2).  Not surprisingly, no law is cited to support that proposition.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**. It is being denied forthwith, as a response by defendants might contain a request for sanctions that might have more merit than this motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May, 2009.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of record